

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

In the Interest of C.A.J., a Child

No. 06-14-00089-CV

Appeal from the County Court at Law of Cass County, Texas (Tr. Ct. No. CCL14TA142). Opinion delivered by Justice Moseley, Chief Justice Morriss, and Justice Carter,* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 27, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk